**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 28, 2015

Hon. Kirk L. Pittard
Attorney at Law
P.O. Box 224626
Dallas, TX 75222
* DELIVERED VIA E-MAIL *

Hon. F. Leighton Durham III
Attorney at Law
P.O. Box 224626
Dallas, TX 75222
* DELIVERED VIA E-MAIL *

Hon. Scott T. Clark
Adams & Graham
P. O. Box 1429
134 E. Van Buren, Suite 301
Harlingen, TX 78551
* DELIVERED VIA E-MAIL *

Hon. Laura E. Gutierrez Tamez
Attorney at Law
111 Soledad St., Suite 1900
Riverview Towers
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00119-CV
Tr.Ct.No. 2014-DCL-1353-G
Style:   Harlingen Medical Center, Limited Partnership v. Rosa Andrade, as Next
         Friend of M. H. A., a minor child, et al.

        Appellant's motion to consolidate appeals (13-14-00700-CV & 13-15-00119-CV)
was this day GRANTED for purposes of briefing.  In addition, appellant's motion for
extension of time to file brief was this day GRANTED and the time has been extended
to May 7, 2015.

                                   Very truly yours,

                                   *Dorian E. Ramirez*

                                   Dorian E. Ramirez, Clerk

DER:dot